JEREMIAH REYNOLDS (SBN 223554)
jreynolds@eisnerlaw.com
EISNER, LLP
9601 Wilshire Blvd., 7th Floor
Beverly Hills, California 90210
Telephone:  (310) 855-3200
Facsimile:  (310) 855-3201

Attorneys for Plaintiff
VOLTAGE PICTURES, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VOLTAGE PICTURES, LLC, | Case No. 2:21-cv-04751 |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | Trial Date:          None Set |
| GUSSI, S.A. de C.V., | |
| Defendant. | |

1

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 9601 Wilshire Blvd., 7th Floor, Beverly Hills, California 90210.

On June 17, 2021, I served true copies of the following document(s) described as:

- **[Dkt. 1] Notice of Motion and Motion of Voltage Pictures, LLC for Order Confirming Arbitration Award**
- **[Dkt. 2] Certification and Notice of Interested Parties**
- **[Dkt. 3] Civil Cover Sheet**
- **[Dkt. 4] Declaration of Jeremiah Reynolds in Support of Motion of Voltage Pictures, LLC for Order Confirming Arbitration Award**
- **[Dkt. 5] Declaration of Jonathan Deckter in Support of Motion of Voltage Pictures, LLC for Order Confirming Arbitration Award**
- **[Dkt. 6] Notice of Lodging of Proposed Order on Motion of Voltage Pictures, LLC for Order Confirming Arbitration Award**
- **[Dkt. 6-1] Proposed Order Granting Motion for Order Confirming Arbitration Award**
- **[Dkt. 7] Notice of Lodging of Proposed Judgment on Motion of Voltage Pictures, LLC for Order Confirming Arbitration Award**
- **[Dkt. 7-1] Proposed Judgment**
- **[Dkt. 10] Notice of Assignment to United States Judges**
- **[Dkt. 11] Notice of Parties of Court-Directed ADR Program**
- **Notice of Hearing on Motion of Voltage Pictures, LLC for Order Confirming Arbitration Award**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused courtesy copies of the document(s) to be sent from e-mail address eaguilar@eisnerlaw.com to

EISNER, LLP

the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY OVERNIGHT DELIVERY:**  I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the persons at the addresses listed in the Service List.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

**BY CERTIFIED OVERNIGHT MAIL – SIGNATURE REQUIRED:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing via Certified Overnight Mail, Signature Required, following our ordinary business practices.  I am readily familiar with the practice of Eisner, LLP for collecting and processing correspondence for mailing.  Under that practice, correspondence would be placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service on that same day, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope was placed in the mail at Beverly Hills, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 17, 2021, at Beverly Hills, California.


*/s/ Ebony Aguilar*
Ebony Aguilar

EISNER, LLP

3

PROOF OF SERVICE

**SERVICE LIST**
*Voltage Pictures, LLC v. Gussi, S.A. de C.V.*
**USDC Case No. 2:21-cv-04751**

| | |
|---|---|
| Charles M. Coate, Esq.<br>Shian Brisbois, Esq.<br>HAMRICK & EVANS, LLP<br>2600 W. Olive Avenue, Suite 1020<br>Burbank, CA 90515<br>Ph. (818) 763-5292<br>Fax (818) 763-2308<br>Email: ccoate@hamricklaw.com<br>Email: sbrisbois@hamricklaw.com | *Attorneys for Respondent and Counter-Claimant*<br>GUSSI, S.A. de C.V. |

**[By Email and Overnight Mail]**

Silvia Torres
Gussi, S.A. de C.V.
Montes Urales
15, 4th Floor
Col. Lomas de Chapultepec
11000 Mexico D.F.
MEXICO
Ph. +52 55 5271 0977
Fax +52 55 5516 9472
Email: storres@gussi.com.mx

**[By Email and Certified Overnight Mail – Signature Required]**

Silvia Torres
Gussi, S.A. de C.V.
Gobernador Ignacio Esteva No. 70 San Miguel Chapultepec, Miguel Hida
Ciudad De Mexico, 11850
MEXICO
Ph. +52 55 5271 0977
Fax +52 55 5516 9472
Email: storres@gussi.com.mx

**[By Email and Certified Overnight Mail – Signature Required]**

Gussi, Inc.
ATTN: Alejandra Altamirano
1901 Avenue of the Stars, Suite 249
2nd Floor
Los Angeles, CA 90067

**[By Certified Overnight Mail – Signature Required]**

EISNER, LLP

4