JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLTAGE PICTURES, LLC,<br><br>               Petitioner,<br><br>       v.<br><br>GUSSI, S.A. de C.V.,<br><br>               Respondent. | Case No. 2:21-cv-04751-FLA (RAOx)<br><br>**JUDGMENT** |

1

Petitioner Voltage Pictures, LLC's ("Voltage" or "Petitioner"), Motion for Order Confirming Arbitration Award ("Motion") was set for hearing before this court on January 20, 2023, at 1:30 p.m., in Courtroom 6B of the above-entitled court, located at 350 West First Street, Los Angeles, CA 90012.  On January 17, 2023, the court vacated the January 20, 2023 hearing and granted the Motion, for the reasons stated in the court's Order Granting Petitioner's Motion to Confirm Arbitration Award.  Dkt. 45.

The matter having been fully argued and considered, and proof being made to the satisfaction of the Court, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. The Corrected Final Arbitration Award of the IFTA International Arbitration Tribunal, dated June 7, 2021 ("Final Award," Dkt. 4-1 at 5), which resolved Case No. 20-37 ("Arbitration") in all respects, is CONFIRMED in its entirety;

2. Respondent Gussi, S.A. de C.V. ("Gussi" or "Respondent") shall pay to Voltage damages in the sum of three hundred forty-five thousand dollars and zero cents ($345,000.00) ("Voltage Principal Award Amount"), in accordance with the terms of the Final Award;

3. Gussi shall pay to Voltage its attorneys' fees incurred in connection with the Arbitration proceedings, in the sum of one hundred nine thousand, three hundred, and three dollars and zero cents ($109,303.00), in accordance with the terms of the Final Award;

4. Gussi shall pay to Voltage its paralegal fees incurred in connection with the Arbitration proceedings, in the sum of seven thousand, seven hundred, and seventy-five dollars and zero cents ($7,775.00), in accordance with the terms of the Final Award;

5. Gussi shall pay to Voltage its fees and costs incurred in connection with the Arbitration proceedings, in the sum of thirty thousand, four hundred

   and nine dollars, and ninety-five cents ($30,409.95), in accordance with the terms of the Final Award;

6. Gussi shall pay to Voltage a lump sum daily finance charge (based upon the outstanding mitigated sum of $1.175 million), in the sum of forty-four thousand, three hundred seventy-five dollars, and seventy cents ($44,375.70), in accordance with the terms of the Final Award;

7. Gussi shall pay to Voltage a daily finance charge of thirty dollars and seventy-one cents ($30.71), from July 15, 2020 until the Voltage Principal Award Amount is paid in full.

8. Gussi shall pay to Voltage the attorney's fees and costs Petitioner reasonably incurred in connection with enforcement of the Final Award, in an amount to be determined through a separately-filed Motion for Attorney's Fees.

9. Gussi shall pay to Voltage post-judgment interest on amounts identified in paragraphs 3-5 and 8, immediately above, at the applicable rate based on the weekly average one-year constant maturity Treasury yield, as set forth in 28 U.S.C. § 1961, from the date of entry of this Judgment to the date of full and final payment hereunder.

  IT IS SO ORDERED.

Dated: January 26, 2023

              FERNANDO L. AENLLE-ROCHA
              United States District Judge